```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

JIMMY DAVIS, #51030                                      PLAINTIFF

VERSUS                        CIVIL ACTION NO.   4:04cv232TSL-LRA

SERGEANT HAROLD, Correctional
Officer, and WARDEN GREER                               DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 17th day of October, 2007.


                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE